**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil Action No. 1:25-cv-00845** |
| **TELESCENTS, INC.** | ) |
| **Defendant.** | ) |

**<u>DEFENDANT TELESCENTS, INC.'S</u>**
**<u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant Telescents, Inc., by and through its undersigned counsel, certifies as follows:

1. Telescents, Inc. d/b/a FragranceNet is 100% owned by FragranceNet.com, Inc. FragranceNet.com, Inc. is 100% owned by FNet Acquisition Company, LLC.

2. There are no publicly held corporations that own 10% or more of Telescents, Inc. d/b/a FragranceNet, FragranceNet.com, Inc., or FNet Acquisition Company, LLC.

Date: July 23, 2025.

Respectfully submitted,

**TELESCENTS, INC.**

By Counsel

*/s/ Henry I. Willett III*
Henry I. Willett III (VSB No. 44655)
hwillett@cblaw.com
Robert D. Michaux (VSB No. 80701)
rmichaux@cblaw.com
CHRISTIAN & BARTON, LLP
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
(804) 697-4100 (T)
(804) 697-6112 (F)

Terese L. Arenth (*admitted pro hac vice*)
tarenth@moritthock.com
Alexander D. Widell (*admitted pro hac vice*)
awidell@moritthock.com
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000 (T)
(516) 873-2010 (F)

*Counsel for Defendant Telescents, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *Henry I. Willett III*
Counsel