**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TELESCENTS, INC.,<br><br>Defendant. | Case No.: 1:25-cv-00845-MSN-WEF |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Andrew James McGonigle ("Plaintiff") and Defendant Telescents, Inc. ("Defendant") stipulate and agree that Plaintiff hereby dismisses his individual claims in the above-referenced action with prejudice, and that the putative class claims are hereby dismissed without prejudice. Each side to bear their own costs and fees.

Respectfully submitted,

*/s/William Robinson*
William Robinson (VSB No. 76098)
319 N. Piedmont Street #1
Arlington, VA 22203
(703) 789-4800
*Attorneys for Plaintiff*

*/s/Henry I. Willett III*
Henry I. Willett III (VSB No. 44655)
**Christian & Barton, LLP**
901 East Cary Street, Suite 1800
Richmond, VA 23219
(804) 697-4100
*Attorneys for Defendant*

Dated: March 17, 2026